# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2021

162152 & (16)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANDRE JABREE MARSHALL,
      Defendant-Appellant.

SC: 162152
COA: 353811
Berrien CC: 2009-005695-FC

_____/

      On order of the Court, the application for leave to appeal the September 3, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for bond is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2021



t0310

Clerk